# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

KEVIN JEROME JONES, #1169005 §
§
v. § CIVIL ACTION NO. 3:19-CV-2077-S-BK
§
K. HUTTO, et al. §

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case [ECF No. 6]. Plaintiff Kevin Jerome Jones did not file any objections, instead filing Motions to Amend Complaint [ECF Nos. 7, 8]. The Court construed the Motions as objections to the proposed findings, conclusions, and a recommendation, and made *de novo* review of those portions of the proposed findings and recommendation to which the objections pertained. The objections are overruled, and the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

It is, therefore, ordered that Plaintiff's motion to proceed *in forma pauperis* is **DENIED** and that this case is **DISMISSED** as barred by the three-strike provision of 28 U.S.C. § 1915(g). Consequently, the Court **DENIES AS MOOT** Plaintiff's Motions to Amend Complaint [ECF Nos. 7, 8].

**SO ORDERED.**

SIGNED October 8, 2019.

**UNITED STATES DISTRICT JUDGE**